UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **FERNANDO DIAZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-19-CV-00354-FM |
| | § | |
| **BUCHANAN EXPRESS, LLC; BEST** | § | |
| **EXPRESS TRANSPORTATION, LLC;** | § | |
| **JUAN A. BUCHANAN; and** | § | |
| **SALVADOR MUNOZ,** | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Before this court is "Joint Stipulation of Dismissal of All Claims with Prejudice" ("Stipulation") [ECF No. 31], filed May 29, 2020 by Plaintiff Fernando Diaz and Defendants Buchanan Express, LLC; Best Express Transportation, LLC; Salvador Munoz; and Juan A. Buchanan (collectively, "Parties"). Therein, the Parties stipulate to dismissal of this cause with prejudice.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared."[2] The Parties' attorneys have signed the Stipulation, demonstrating their consent.[3]

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

---

[1] "Joint Stipulation of Dismissal of All Claims with Prejudice" ("Stip.") 1, ECF No. 31, filed May 29, 2020.

[2] Fed. R. Civ. P. 41(a)(1)(A)(ii).

[3] *See* Stip. 2.

1

2

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this <u>**1st**</u> day of **June, 2020.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**